NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1287
(Reexamination No. 09/006,932)

IN RE ARVINMERITOR, INC.

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

ORDER

Upon consideration of the motion by the Director of the United States Patent and

Trademark Office for an extension of time, until September 18, 2009, to file his brief,

IT IS ORDERED THAT:

The motion is granted. Further extensions should not be anticipated.

FOR THE COURT

SEP 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Theodore W. Olds, III, Esq.
Raymond T. Chen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 1 2009

JAN HORBALY
CLERK